SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Parass Restaurant Group, Inc., et al,<br><br>　　　　Defendants | Case No. **2:11-cv-03287-LKK-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT HOE T. POH**<br><br>Case to Remain Open with Remaining Defendants |

　　IT IS HEREBY ORDERED THAT Defendant Hoe T. Poh is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  January 20, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-03287-LKK-DAD- 1