```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@dapiinc.com
5
   Attorney for Plaintiff Scott N. Johnson
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Scott N. Johnson, | ) Case No. **2:11-cv-03287-LKK-DAD** |
|---|---|
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Parass Restaurant Group, Inc., et al, | ) |
| Defendants. | ) |

Pursuant to the stipulation of the parties (Dkt. No. 16-1), the deadline for submitting dispositional documents is extended to the date of this order, nunc pro tunc, and pursuant to the stipulation of the parties (Dkt. No. 17), IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   April 5, 2012

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-3287-LKK-DAD- 2