SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff;<br><br>     vs.<br><br>Parass Restaurant Group, Inc.,<br><br>et al,<br><br>            Defendants. | Case No. **2:11-cv-03287-LKK-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

Pursuant to the stipulation of the parties (Dkt. No. 16-1), the deadline for submitting dispositional documents is extended to the date of this order, nunc pro tunc, and pursuant to the stipulation of the parties (Dkt. No. 17), IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   April 5, 2012

```
          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT
```